# EXHIBIT K

**From:** Elizabeth Garcia <garcia08e@yahoo.com>
**Sent:** Tuesday, September 06, 2022 8:26 PM CDT
**To:** Martha Tinajero <Martha_Tinajero@choosebroadspire.com>
**CC:** Ellie Garcia <Elizabeth.Garcia@choosebroadspire.com>
**Subject:** Continued One-One, Please

⊘ External email ›

Hi Martha,

Is it possible to please schedule another 1-1 so we can finish where we left off? I definitely want to improve communication with you, work on any weak areas, layout a career path and become an asset for you. I don't quit jobs and I'm sad to know about all the recent changes including when I was out on medical leave. I definitely love helping people.

Thank you for bringing it up to my attention that I could've responded in the chat differently. I wasn't aware how it could have come off since I was following Lael's tone when she previously wrote in the chat I don't think you understand my question when she was asking you for help.

I spoke to my therapist and she said I should definitely try learning a second account on a small scale like maybe getting assigned a specific type of duty. HGV is huge and I wish I had designated help for it, I'm trying my best to do quality work and be as thorough as possible and that is why I ask the questions that I do
I don't want to assume anything. I will start reviewing the PlanGrid again and making my own cheat sheet.


Challenges:
I did think about something that's a challenge at work which hopefully you can help me understand or teach me. How does salesforce approve FMLA that doesn't exist? Then it becomes an escalation. I'm depending on the system being accurate. Is there a way that salesforce can detect Hiltons rolling calendar so it doesn't automatically approved FMLA once the employee has recuperated a week or two and it only allows it when the employee has fully regained 12 weeks? If not, then I'm going to have to Check FMLA every claim no matter what because I can't depend on the system so that way the employee gets sent out the right claim forms since our claims are shared with GBSC and others.


Sent from Yahoo Mail for iPhone

CRAWFORD_GARCIA_001809