| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: | *FOR COURT USE ONLY* |
|---|---|
| **Baker Donelson Bearman Caldwell & Berkowitz PC**<br>**3414 Peachtree Road, NE Suite 1600**<br>**Atlanta, GA 30326**<br>TELEPHONE NO.: **404-577-6000**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **ELIZABETH GARCIA** | |

| **United States District Court, Central District of California** | |
|---|---|
| STREET ADDRESS: **411 West Fourth St. Room 1053** | |
| MAILING ADDRESS: **411 West Fourth St. Room 1053** | |
| CITY AND ZIP CODE: **Santa Ana 92701** | |
| BRANCH NAME: **Ronald Reagan Federal Building** | |

| PLAINTIFF/PETITIONER: **ELIZABETH GARCIA** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **CRAWFORD & COMPANY, INC.** | **8:23-CV-01181-ADS** |

| **PROOF OF SERVICE** | HEARING DATE/TIME:<br>**05/22/2024 10:00 AM** | HEARING DEPT./DIV.: | Ref. No. or File No.:<br>**82301181** |
|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; $40 WITNESS FEE CHECK; LETTER; PROCEEDING DETAILS**

3. a. Party served *(specify name of party as shown on documents served)*:
   **DR. MICHAEL WU**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:

4. Address where the party was served:
   **3 POINTE DRIVE, SUITE 305, BREA, CA 92821**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **05/15/2024** at *(time)*: **10:11 AM**

   b. ☐ **by substituted service.** On *(date)*:                at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
   from *(city)*:                         **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

*BY FAX*

---

**Page 1 of 2**
Code of Civil Procedure. § 1011

**PROOF OF SERVICE**

Tracking #: **0132638460**

REF: **82301181**



| PLAINTIFF/PETITIONER:  ELIZABETH GARCIA | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   CRAWFORD & COMPANY, INC. | 8:23-CV-01181-ADS |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                    (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. **Person who served papers**
   a. Name:                **Frank Baik**
   b. Address:             **15846 Kingston Road, Chino Hills, CA 91709**
   c. Telephone number:    **909-270-0506**
   d. The fee for service was: **$ 117.66**
   e. I am:

   (1) ☐ not a registered California process server.

   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

   (3) ☒ registered California process server:

   | | | |
   |---|---|---|
   | (i) ☐ owner  ☐ employee  ☒ independent contractor. | For: | **ABC Legal Services, LLC** |
   | (ii) ☒ Registration No.:  **1701** | Registration #: | **6779** |
   | (iii) ☒ County:  **San Bernadino California** | County: | **Los Angeles** |

**BY FAX**

7. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

8. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 05/15/2024

_____
**Frank Baik**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

**PROOF OF SERVICE**

Tracking #: **0132638460**

REF: **82301181**

