JAMES J. FINSTEN (SBN 234999)
jfinsten@lurie-zepeda.com
LURIE, ZEPEDA, SCHMALZ,
HOGAN & MARTIN, APC
1875 Century Park East, Ste 2100
Los Angeles, CA 90067
Telephone: (310) 274-8700

DAVID GEVERTZ (*Pro Hac Vice*)
dgevertz@bakerdonelson.com
HANNAH E. JARRELLS (*Pro Hac Vice*)
hjarrells@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
3414 Peachtree Road, N.E.
Monarch Plaza, Suite 1500
Atlanta, GA  30326
Telephone:  404-577-6000
Facsimile:   404-221-6501

Attorneys for Defendant
CRAWFORD & COMPANY, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Elizabeth Garcia,<br><br>              Plaintiff,<br><br>     v.<br><br>Crawford & Company, Inc.; and<br>DOES 1-50, inclusive,<br><br>              Defendant. | Case No. 8:23-cv-01181-ADS<br><br>**DECLARATION OF DAVID GEVERTZ IN SUPPORT OF DEFENDANT'S OMNIBUS MOTIONS *IN LIMINE***<br><br>Date & Time of Motion Hearing: February 26, 2025, 10:00 a.m.<br>Discovery Cutoff Date: October 1, 2024<br>Pre-trial Conference Date: February 26, 2025<br>Trial Date: March 18, 2025 |

## DECLARATION OF DAVID GEVERTZ

1.      My name is David E. Gevertz. I am over the age of eighteen (18) and competent to testify to the matters set forth in this Declaration.

2.      I am a shareholder in the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("Baker Donelson"), and I have at all times served as lead counsel for Crawford & Company, Inc. ("Crawford") in this case.

3.      I am familiar with the facts and circumstances surrounding this action and submit this declaration in support of Defendant's Omnibus Motions *in Limine*.

4.      Counsel for the parties exchanged a list of proposed Motion *in Limine* topics on January 6, 2025. On January 8, 2025, counsel for the parties convened a call and discussed the substance of each topic.

5.      Attached as **Exhibit A** is a true and correct copy of an email chain between the undersigned and Plaintiff's counsel on January 6-8, 2025.

6.      I declare under penalty of perjury (28 U.S.C. § 1746) that the foregoing is true and correct based on my personal knowledge and information.


        Executed: January 15, 2025.          */s/ David E. Gevertz*
                                             David E. Gevertz

DECLARATION OF DAVID GEVERTZ IN SUPPORT OF DEFENDANT'S OMNIBUS MOTIONS *IN LIMINE*
Case No. 8:23-cv-01181-ADS

## <u>CERTIFICATE OF SERVICE</u>

### <u><i>Elizabeth Garcia v. Crawford and Company, Inc.</i></u>
**USDC, Central District of California Case No. 8:23-cv-01181-ADS**

I am a citizen of the United States and employed in Atlanta, Georgia, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 3414 Peachtree Road, NE, Suite 1500, Atlanta, Georgia 30326.

On the date set forth below, I served the document(s) entitled **DECLARATION OF DAVID GEVERTZ IN SUPPORT OF DEFENDANT'S OMNIBUS MOTIONS** *IN LIMINE* on the interested parties in this action by transmitting true copies thereof (enclosed in a sealed envelope(s) if appropriate) addressed as stated below:

Jonathan J. Delshad, Esq.
LAW OFFICES OF JONATHAN J. DELSHAD
1663 Sawtelle Blvd., Ste 220
Los Angeles, CA 90025
Tel:    424-255-8376
Email: jdelshad@delshadlegal.com
*Attorney for Plaintiff*

□ **(BY MAIL):** I deposited such envelope in the mail at Atlanta, Georgia with postage fully prepaid. I am readily familiar with this firm's Practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Atlanta, Georgia in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

□ **(VIA OVERNIGHT MAIL):** I deposited such envelope to be placed for collection and handling, via UPS following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked up by UPS at Atlanta, Georgia.

□ **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated above.

X **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on January 15, 2025, at Atlanta, Georgia.

*/s/ David E. Gevertz*
David E. Gevertz

3

DECLARATION OF DAVID GEVERTZ IN SUPPORT OF DEFENDANT'S OMNIBUS MOTIONS *IN LIMINE*
Case No. 8:23-cv-01181-ADS