JAMES J. FINSTEN (SBN 234999)
jfinsten@lurie-zepeda.com
LURIE, ZEPEDA, SCHMALZ,
HOGAN & MARTIN, APC
1875 Century Park East, Ste 2100
Los Angeles, CA 90067
Telephone: (310) 274-8700

DAVID GEVERTZ (*Pro Hac Vice*)
dgevertz@bakerdonelson.com
HANNAH E. JARRELLS (*Pro Hac Vice*)
hjarrells@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, PC
3414 Peachtree Road, N.E.
Monarch Plaza, Suite 1500
Atlanta, GA  30326
Telephone:  404-577-6000
Facsimile:   404-221-6501

Attorneys for Defendant
CRAWFORD & COMPANY, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Elizabeth Garcia,<br><br>        Plaintiff,<br><br>    v.<br><br>Crawford & Company, Inc.; and DOES 1-50, inclusive,<br><br>        Defendant. | Case No. 8:23-cv-01181-ADS<br><br>**DEFENDANT'S OFFER OF JUDGMENT I**<br><br>Pre-trial Conference Date: April 30, 2025<br>Trial Date: June 24, 2025 |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, on this date of March 21, 2025, Defendant Crawford & Company ("Defendant") hereby offers to allow Judgment to be entered against it in the above-referenced action, including on all of the claims for relief in this case that were asserted or could have been asserted by Plaintiff

Elizabeth Garcia in the amount of $455,000.00 inclusive of: (a) any and all alleged damages and interest; (b) Plaintiff's reasonable attorney's fees incurred to date for time expended on all claims brought against them; (c) declaratory judgment; and (d) all recoverable expenses and costs.  This shall be the total amount to be paid by Defendant to Plaintiff and her counsel on account of any and all liability claimed in this action.

It is intended to resolve all of Plaintiff's claims in the above-referenced action against Defendant and any of its agents, officers, and employees. This offer includes exemplary damages, punitive damages, statutory fines, injunctive relief, or other equitable remedies, declaratory relief, claims, interest, and any additional costs, expenses, or fees. This Offer of Judgment is an offer to settle the whole case brought by Plaintiff against Defendant.

**This Offer of Judgment I is an alternative to Defendant's Offer of Judgment II. Consequently, Plaintiff may either: (a) accept Defendant's Offer of Judgment I and reject Defendant's Offer of Judgment II; (b) reject Defendant's Offer of Judgment I and accept Offer of Judgment II; or (c) reject both Defendant's Offer of Judgment I and II. Defendant does not extend the option to allow Plaintiff to accept both Offer of Judgment I and II, nor may Plaintiff do so.**

This Offer of Judgment I is made for the purpose of compromising disputed claims against Defendant and is not to be construed or regarded as either an admission that Defendant, including any of its agents, officers, and employees, are liable in this action or that Plaintiff has suffered any injury or damage.

If Plaintiff does not accept this Offer of Judgment I in writing within fourteen (14) days of service of this offer, then the Offer of Judgment I shall be deemed withdrawn in accordance with Fed. R. Civ. P. 68(b).

This Offer of Judgment I shall not be filed with the Court unless (a) accepted, or (b) in a proceeding to determine recoverable costs.

DATED: March 21, 2025.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

*/s/ David E. Gevertz*
David E. Gevertz, Esq.
Georgia Bar No. 292430
(Admitted Pro Hac Vice)
Hannah E. Jarrells, Esq.
Georgia Bar No. 784478
(Admitted Pro Hac Vice)
3414 Peachtree Road NE, Ste 1500
Atlanta, Georgia 30326
Telephone: 404-221-6512
Facsimile: 678-406-8816
dgevertz@bakerdonelson.com
hjarrells@bakerdonelson.com

*Attorneys for Defendant*
*Crawford & Company, Inc.*

3

# CERTIFICATE OF SERVICE

## *Elizabeth Garcia v. Crawford and Company, Inc.*
### USDC, Central District of California Case No. 8:23-cv-01181-ADS

I am a citizen of the United States and employed in Atlanta, Georgia, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 3414 Peachtree Road, NE, Suite 1500, Atlanta, Georgia 30326.

On the date set forth below, I served the document(s) entitled **DEFENDANT'S OFFER OF JUDGMENT I** on the interested parties in this action by transmitting true copies thereof (enclosed in a sealed envelope(s) if appropriate) addressed as stated below:

Jonathan J. Delshad, Esq.
LAW OFFICES OF JONATHAN J. DELSHAD
1663 Sawtelle Blvd., Ste 220
Los Angeles, CA 90025
Tel:    424-255-8376
Email: jdelshad@delshadlegal.com
***Attorney for Plaintiff***

☐ **(BY MAIL):** I deposited such envelope in the mail at Atlanta, Georgia with postage fully prepaid. I am readily familiar with this firm's Practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Atlanta, Georgia in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL):** I deposited such envelope to be placed for collection and handling, via UPS following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked up by UPS at Atlanta, Georgia.

X **(BY ELECTRONIC MAIL):** By transmitting a true copy thereof to the electronic mail addresses as indicated above.

☐ **(BY CM/ECF SERVICE):** I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on March 21, 2025, at Atlanta, Georgia.

*/s/ David E. Gevertz*
David E. Gevertz

4