JS-6

JONATHAN J. DELSHAD, Bar No. 246176
LAW OFFICES OF JONATHAN J. DELSHAD, PC.
1663 Sawtelle Blvd., Suite 220
Los Angeles, CA 90025
Telephone: 424.255.8376
Fax: 424.256.7899
E-mail: jdelshad@delshadlegal.com

Attorney for Plaintiff
ELIZABETH GARCIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Elizabeth Garcia,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Crawford & Company, Inc.<br><br>　　　　Defendant. | Case No. 8:23-cv-01181-ADS<br><br>**JUDGMENT** |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

# JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, judgment is hereby entered as of the date below in favor of Plaintiff **ELIZABETH GARCIA** and against Defendant **Crawford & Company, Inc**. in the amount of **$455,000.00**, inclusive of all costs and attorney's fees as set forth in the Offer of Judgment.

IT IS SO ORDERED.

Dated: 04/02/2025

Signature:

  /s/ Autumn D. Spaeth

**UNITED STATES MAGISTRATE JUDGE, HON. AUTUMN D. SPAETH**